### REESE HAMILTON v. THE STATE.

#### No. 4280.   Decided November 8, 1916.

**Local Option—Statement of Facts—Practice on Appeal.**

　　Where the statement of facts in the County Court was filed more than twenty days after the adjournment of the court, the same can not be considered on appeal, and the judgment must be affirmed.

Appeal from the County Court of Newton. Tried below before the ·Hon. W. E. Gray.

Appeal from a conviction of a violation of the local option law; penalty, a fine of twenty-five dollars and twenty days imprisonment in the county jail.

The opinion states the case.

*Forse & Ferguson,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.—On question of filing statement of facts: McGowen v. State, 63 Texas Crim. Rep., 85; Butler v. State, 72 id., 81.

DAVIDSON, JUDGE.—Appellant was convicted of violating the local option law, his punishment being assessed at a fine of $25 and twenty days imprisonment in the county jail.

Court adjourned on the 22nd of July; the statement of facts was filed on August 14th. This was more than twenty days after the adjournment of court, which makes it too late for consideration. There were exceptions taken to the court's charge as well as exceptions to other rulings of the court in admitting testimony. In the absence of the evidence this court is unable intelligently to revise the charge of the court. The charge may have been in accord with the facts and properly submitted the questions. There seems to have been no special charges asked, and this is a misdemeanor.

The judgment will be affirmed.                    *Affirmed.*